**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nicole Marie Trexler                                    CHAPTER 13
<u>Debtor(s)</u>

BKY. NO. 20-11396 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

    Respectfully submitted,

/s/ *Rebecca A. Solarz*
Rebecca Solarz
20 Oct 2020, 13:49:29, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322