United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Nicole Marie Trexler  
    Debtor(s)

Case No. 20-11396-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Adminstra      Page 1 of 2  
Date Rcvd: Dec 03, 2020      Form ID: 155      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Marie Trexler, 3624 Strauss Avenue, Bethlehem, PA 18015-5336 |
| 14489839 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14478441 | | Chase Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 14478442 | + | Childrens Place/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 14478443 | + | Gregory Trexler, 3624 Strauss Avenue, Bethlehem, PA 18015-5336 |
| 14501218 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC BANK, N.A., PNC BANK, N.A., Bankruptcy Department,, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14478449 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Mortgage, PO BOX 8703, Dayton, OH 45401 |
| 14553541 | + | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14553652 | + | PNC Bank, N.A., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14482242 | + | PNC Bank, National Association, c/o MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14482228 | | PNC Bank, National Association, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14511442 | + | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 14478448 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14478451 | + | TD Bank USA/Target, PO BOX 673, Minneapolis, MN 55440-0673 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14478440 | + | Email/Text: bnc-capio@quantum3group.com | Dec 04 2020 05:07:00 | Capio Partners, 2222 Texoma Pkwy, Ste 150, Sherman, TX 75090-2481 |
| 14478444 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2020 05:07:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14478445 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 04 2020 05:06:00 | Kohls/Capone, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14478446 | + | Email/Text: bnc-capio@quantum3group.com | Dec 04 2020 05:07:00 | MBA Law Offices/capio, 3400 Texoma Pkwy Ste 100, Sherman, TX 75090-1916 |
| 14478447 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2020 05:07:00 | Midland Fundings, 2365 Northside Dr #300, San Diego, CA 92108-2709 |
| 14501218 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2020 05:06:00 | PNC BANK, N.A., PNC BANK, N.A., Bankruptcy Department,, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14478449 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2020 05:06:00 | PNC Mortgage, PO BOX 8703, Dayton, OH 45401 |
| 14478450 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2020 04:18:24 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 14492474 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2020 04:16:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

**Name** | **Email Address**

CHARLES LAPUTKA
on behalf of Debtor Nicole Marie Trexler claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

JEROME B. BLANK
on behalf of Creditor PNC Bank National Association paeb@fedphe.com

MARIO J. HANYON
on behalf of Creditor PNC Bank National Association mario.hanyon@brockandscott.com, wbecf@brockandscott.com

REBECCA ANN SOLARZ
on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nicole Marie Trexler
      Debtor(s)

Chapter: 13

Bankruptcy No: 20−11396−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 3rd day of December, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

36 − 32
Form 155