**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Nicole Marie Trexler** | ) | CHAPTER 13 |
| **Debtor** | ) | |
| | ) | Case No.   20-11396-PMM |
| | ) | |

**O R D E R**

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan and after Notice and Hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's 2nd Amended Chapter 13 Plan is **APPROVED**.

BY THE COURT:

/s/ Patricia M. Mayer

Date: **May 6, 2021**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**