| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-11396-PMM**

Nicole Marie Trexler
3624 Strauss Avenue
Bethlehem  PA    18015

Petition Filed Date: 03/04/2020
341 Hearing Date: 04/28/2020
Confirmation Date: 12/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/19/2020 | $263.00 | | 03/26/2020 | $263.00 | | 04/02/2020 | $263.00 | |
| 04/09/2020 | $263.00 | | 04/16/2020 | $263.00 | | 04/23/2020 | $263.00 | |
| 04/30/2020 | $263.00 | | 05/21/2020 | $263.00 | | 05/29/2020 | $263.00 | |
| 06/05/2020 | $263.00 | | 06/11/2020 | $263.00 | | 06/18/2020 | $263.00 | |
| 06/25/2020 | $263.00 | | 07/02/2020 | $263.00 | | 07/09/2020 | $263.00 | |
| 07/16/2020 | $263.00 | | 09/30/2020 | $200.00 | | 10/09/2020 | $200.00 | |
| 10/19/2020 | $440.00 | | 10/30/2020 | $440.00 | | 01/14/2021 | $300.00 | |
| 01/25/2021 | $460.00 | | 02/22/2021 | $820.00 | | 03/22/2021 | $460.00 | |
| 04/09/2021 | $460.00 | | 04/23/2021 | $460.00 | | 04/30/2021 | $460.00 | |
| 05/14/2021 | $460.00 | | 06/01/2021 | $480.00 | | | | |

**Total Receipts for the Period:  $9,848.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,848.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,110.00 | $3,110.00 | $0.00 |
| 1 | BECKET & LEE, LLP<br>»» 001 | Unsecured Creditors | $1,859.59 | $0.00 | $1,859.59 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $336.64 | $0.00 | $336.64 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $557.66 | $0.00 | $557.66 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $351.07 | $0.00 | $351.07 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $358.71 | $0.00 | $358.71 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $8,964.57 | $2,668.67 | $6,295.90 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $1,646.24 | $0.00 | $1,646.24 |
| 8 | PNC BANK NA<br>»» 07A | Mortgage Arrears | $56,317.05 | $0.00 | $56,317.05 |
| 9 | PNC BANK NA<br>»» 07B | Secured Creditors | $6,431.75 | $0.00 | $6,431.75 |
| 10 | PPL ELECTRIC UTILITIES<br>»» 008 | Unsecured Creditors | $3,125.81 | $0.00 | $3,125.81 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 06E | Priority Crediors | $9,386.80 | $0.00 | $9,386.80 |

**Chapter 13 Case No. 20-11396-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,848.00 | Current Monthly Payment: | $1,984.00 |
| Paid to Claims: | $5,778.67 | Arrearages: | $3,632.00 |
| Paid to Trustee: | $842.96 | Total Plan Base: | $102,760.00 |
| Funds on Hand: | $3,226.37 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.