.UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Nicole Marie Trexler | ) | CHAPTER 13 |
| Debtor | ) | |
| | ) | Case No.   20-11396-PMM |
| | ) | |

### O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan and after Notice and Hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's 3rd Amended Chapter 13 Plan is **APPROVED**.

BY THE COURT:

*Patricia M. Mayer*

Date: **October 14, 2021**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**