United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nicole Marie Trexler  
    Debtor

Case No. 20-11396-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Mar 03, 2022      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Marie Trexler, 3624 Strauss Avenue, Bethlehem, PA 18015-5336 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg |   | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14478443 | + | Gregory Trexler, 3624 Strauss Avenue, Bethlehem, PA 18015-5336 |
| 14553541 | + | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14553652 | + | PNC Bank, N.A., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14482242 | + | PNC Bank, National Association, c/o MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14482228 |   | PNC Bank, National Association, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14511442 | + | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 14478448 |   | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14478451 | + | TD Bank USA/Target, PO BOX 673, Minneapolis, MN 55440-0673 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 03 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 03 2022 23:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2022 00:00:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14478440 | + | Email/Text: bnc-capio@quantum3group.com | Mar 03 2022 23:50:00 | Capio Partners, 2222 Texoma Pkwy, Ste 150, Sherman, TX 75090-2481 |
| 14489839 |   | Email/PDF: bncnotices@becket-lee.com | Mar 04 2022 00:00:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14478442 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2022 00:00:20 | Childrens Place/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 14478444 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 03 2022 23:50:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14478441 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 04 2022 00:00:10 | Chase Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 14478445 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 03 2022 23:49:00 | Kohls/Capone, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14478446 | + | Email/Text: bnc-capio@quantum3group.com | Mar 03 2022 23:50:00 | MBA Law Offices/capio, 3400 Texoma Pkwy Ste |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | 100, Sherman, TX 75090-1916 |
| 14478447 + | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2022 23:50:00 | Midland Fundings, 2365 Northside Dr #300, San Diego, CA 92108-2709 |
| 14501218 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 03 2022 23:50:00 | PNC BANK, N.A., PNC BANK, N.A., Bankruptcy Department,, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14478449 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 03 2022 23:50:00 | PNC Mortgage, PO BOX 8703, Dayton, OH 45401 |
| 14478450 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2022 00:00:19 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 14492474 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2022 00:00:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14620199 + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2022 00:00:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2022          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Nicole Marie Trexler claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| JEROME B. BLANK | on behalf of Creditor PNC Bank National Association paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor PNC Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Nicole Marie Trexler<br><br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 20-11396-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 3, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE